Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALI ALKORIN dba SNO WHITE DRIVE IN, et al.,<br><br>　　　　Defendants. | No. 1:22-cv-00743-EPG<br><br>STIPULATION FOR SECOND CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER<br><br>(ECF No. 10). |

**WHEREAS,** the Mandatory Scheduling Conference in this matter is set for October 24, 2022, at 10:00 a.m., having been continued once previously by the Court (Dkt. 9), for a total of four days;

**WHEREAS,** Plaintiff Jose Trujillo ("Plaintiff") and Defendants, Ali Alkorin dba Sno White Drive-In, Alkorin-Alrahemi Restaurant, LLC dba Sno White Drive-In, and M Bros Properties, LLC (collectively "Defendants, and together with Plaintiff, "the Parties"), have been engaged in settlement discussions, whereby Defendants have provided a Certified Access Specialist Report for the subject property and the Parties are optimistic that settlement can be reached based upon such report;

Page 1

**WHEREAS,** the Parties wish to conserve their resources so they can focus on settlement, and to conserve the Court's time and resources, by postponing the Mandatory Scheduling Conference to allow for further settlement negotiations;

**NOW, THEREFORE,** it is hereby stipulated by and between the Parties, by and through their counsel of record, that the Mandatory Scheduling Conference set for October 24, 2022 be continued to a date on or after December 1, 2022, at the Court's convenience, to allow for the Parties to exhaust settlement efforts.

**IT IS SO STIPULATED.**

Dated: October 14, 2022                     MOORE LAW FIRM, P.C.

                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorney for Plaintiff,
                                            Jose Trujillo


Dated: October 14, 2022                     KLEIN, DeNATALE, GOLDNER,
                                            COOPER, ROSENLIEB & KIMBALL,
                                            LLP

                                            */s/ John M. McCoy*
                                            Jay L. Rosenlieb
                                            John M. McCoy
                                            Attorneys for Defendants,
                                            Ali Alkorin dba Sno White Drive-In,
                                            Alkorin-Alrahemi Restaurant, LLC dba Sno
                                            White Drive-In, and M Bros Properties,
                                            LLC

## **ORDER**

Based on the parties' stipulation (ECF No. 10), IT IS ORDERED as follows:

1. The Mandatory Scheduling Conference currently scheduled for October 24, 2022, is continued to December 5, 2022, at 11 a.m.
2. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.
3. The parties are reminded to file a joint scheduling report one week prior to the scheduling conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated:   **October 18, 2022**                                /s/ Erica P. Grosjean
                                                                                       UNITED STATES MAGISTRATE JUDGE