1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | No. 1:22-cv-00743-EPG |
| Plaintiff, | **NOTICE OF CONTINGENT SETTLEMENT OF ACTION** |
| vs. | |
| ALI ALKORIN dba SNO WHITE DRIVE-IN; ALKORIN-ALRAHEMI RESTAURANT, LLC dba SNO WHITE DRIVE-IN; M BROS PROPERTIES, LLC; | |
| Defendants. | |

Plaintiff, Jose Trujillo ("Plaintiff"), hereby advises the Court that Plaintiff and Defendants, Ali Alkorin dba Sno White Drive-In; Alkorin-Alrahemi Restaurant, LLC dba Sno White Drive-In; and M Bros Properties, LLC ("Defendants") have reached a full settlement in this action, contingent upon the receipt of signatures on the agreed-upon settlement agreement by Plaintiff and Defendants and the fulfillment by Defendants of certain predicate acts required by the terms of settlement.

Plaintiff therefore requests that he be given to and including January 3, 2023 to file dispositional documents to dismiss Defendants from this action with prejudice in order to afford the Parties time to complete the settlement.

Respectfully submitted,

Dated: November 28, 2022                    MOORE LAW FIRM, P.C.

                                           /s/ Tanya E. Moore
                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Jose Trujillo