UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>   v.<br><br>ALI ALKORIN, et al.,<br><br>        Defendants. | Case No. 1:22-cv-00743-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NO. 14) |

On December 19, 2022, the parties[1] filed a stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 14). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

   Dated:  **December 20, 2022**            /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE

---

[1] The body of the stipulation indicates that the stipulation is between "Plaintiff Jose Trujillo and Defendant Coast to Coast Property Holdings LLC." However, Defendant Coast to Coast Property Holdings LLC is not a party. The Court attributes this to a clerical error as the stipulation is signed by counsel for Plaintiff and the correct Defendants in this case.